1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

**FILED**

JUL 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-MJ-0211 KJM |
| Plaintiff, ) | |
| ) | ORDER UNSEALING CRIMINAL |
| v. ) | COMPLAINT AND AFFIDAVIT IN |
| ) | SUPPORT OF THE CRIMINAL |
| Gabriel CARACHEO, ) | COMPLAINT |
| Defendant. ) | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint and Affidavit in support of the criminal complaint in the above-captioned matter be, and is, hereby ordered UNSEALED.

DATED: 6/27/07

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE